**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN M. KNOX, | ) NO. SACV 05-00542-SS |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: August 18, 2006.

                                                    _____
                                                  SUZANNE H. SEGAL
                                                  UNITED STATES MAGISTRATE JUDGE